SEALED

FILED
MAR 08 2011
CLERK, U.S.
EASTERN DIST... 

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:11 MJ 00043 GSA |
| Plaintiff, | ORDER SEALING COMPLAINT AND MEMORANDUM IN SUPPORT THEREOF |
| v. | |
| DONNY EUGENE MOWER, | |
| Defendant. | |

The United States having applied to this Court, for a complaint in the above-captioned proceedings,

IT IS SO ORDERED, that the complaint shall be filed with this Court under <u>seal</u> and not be disclosed pending further order of this court.

DATED: March 8, 2011

Honorable Gary S. Austin
U.S. Magistrate Judge

1