


1  BENJAMIN B. WAGNER
   United States Attorney
2  ELANA S. LANDAU
   Assistant U.S. Attorney
3  2500 Tulare Street
   Fresno, California  93721
4  Telephone:  (559) 497-4000

MAR 1 0 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )  Case No: 1:11-MJ-43 GSA
                           )
            Plaintiff,     )
                           )  ORDER TO **UNSEAL** COMPLAINT
     v.                    )
                           )
DONNY EUGENE MOWER,        )
                           )
            Defendant.     )
_____)

   Upon application of the United States of America and good cause having been shown,

   IT IS HEREBY ORDERED that the criminal complaint in the above-captioned proceeding be and is hereby unsealed.

Date: March 10, 2011

_____
Honorable Dennis L. Beck
United States Magistrate Judge

2