1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MELODY M. WALCOTT, Bar #219930
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  DONNY EUGENE MOWER

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   NO. 1:11-mj-00043 GSA
                                     )
12              Plaintiff,           )   STIPULATION TO CONTINUE PRELIMINARY
                                     )   HEARING DATE; ORDER
13       v.                          )
                                     )
14  DONNY EUGENE MOWER,              )   Date: May 13, 2011
                                     )   Time: 1:30 P.M.
15              Defendant.           )
                                     )
16  _____  )

17

18       Defendant, Donny Eugene Mower, having been advised of his speedy trial rights pursuant to

19  18 U.S.C. § 3161(b), hereby waives time for a preliminary hearing within the time period set forth therein.

20  Pursuant to said waiver, **IT IS HEREBY STIPULATED** by and between the parties hereto and through

21  their respective attorneys, that the preliminary hearing in the above-captioned matter now scheduled for

22  April 22, 2011 may be continued to May 13, 2011 at 1:30 P.M. to allow the parties additional time for plea

23  negotiation prior to hearing. Assistant United States Attorney Elana Landau has no objection to this

24  request. The requested continuance will conserve time and resources for both counsel and the court.

25  ///

26  ///

27  ///

28  ///

1 | The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in
that the ends of justice served by the continuance outweigh the best interest of the public and the defendant
in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the
reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

BENJAMIN B. WAGNER
United States Attorney

DATED: April 19, 2011      By  /s/ Elana Landau
                               ELANA LANDAU
                               Assistant United States Attorney
                               Attorney for Plaintiff


                               DANIEL J. BRODERICK
                               Federal Defender

DATED: April 19, 2011      By  /s/ Melody M. Walcott
                               MELODY M. WALCOTT
                               Assistant Federal Defender
                               Attorney for Defendant
                               DONNY EUGENE MOWER


## ORDER

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B). For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **April 19, 2011**            /s/ **Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE