DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DONNY EUGENE MOWER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:11-mj-00043 GSA |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE PRELIMINARY HEARING DATE; ORDER |
| v. | ) |
| DONNY EUGENE MOWER, | ) Date: September 21, 2011 |
| Defendant. | ) Time: 1:30 P.M. |
|  | ) Judge: Hon. Gary S. Austin |

Defendant, Donny Eugene Mower, having been advised of his speedy trial rights pursuant to 18 U.S.C. § 3161(b), hereby waives time for a preliminary hearing within the time period set forth therein. Pursuant to said waiver, **IT IS HEREBY STIPULATED** by and between the parties hereto and through their respective attorneys, that the preliminary hearing in the above-captioned matter now scheduled for July 7, 2011 may be continued to September 21, 2011 at 1:30 P.M. to allow the parties additional time for plea negotiation prior to hearing. Assistant United States Attorney Elana Landau has no objection to this request. The requested continuance will conserve time and resources for both counsel and the court.

///
///
///
///

1    The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in
2    that the ends of justice served by the continuance outweigh the best interest of the public and the defendant
3    in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the
4    reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

                                                                          BENJAMIN B. WAGNER
                                                                          United States Attorney

7    DATED: July 1, 2011                                        By  /s/ Elana Landau
                                                                       ELANA LANDAU
8                                                                           Assistant United States Attorney
                                                                       Attorney for Plaintiff

10                                                                          DANIEL J. BRODERICK
                                                                       Federal Defender

12   DATED: July 1, 2011                                        By  /s/ Melody M. Walcott
                                                                        MELODY M. WALCOTT
13                                                                          Assistant Federal Defender
                                                                       Attorney for Defendant
14                                                                          DONNY EUGENE MOWER

## ORDER

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B). For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial.

Preliminary hearing is continued from July 7, 2011 before Judge Snyder to Wednesday, September 21, 2011 at 1:30p.m. before Judge Austin.

Dated:  July 1, 2011                    /s/ Sandra M. Snyder
                                       UNITED STATES MAGISTRATE JUDGE