BENJAMIN B. WAGNER
United States Attorney
ELANA S. LANDAU, CA Bar #212144
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000

THOMAS E. PEREZ
Assistant Attorney General
CHIRAAG BAINS
Trial Attorney
U.S. Department of Justice
Civil Rights Division, Criminal Section
601 D Street NW
Washington, DC 20004
Telephone: (202) 514-5259

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**FILED**

SEP 21 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

1:11-CR-308-LJO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:11-MJ-43 GSA |
| Plaintiff, ) | |
| ) | VIOLATION: 18 U.S.C. §844(i) - |
| v. ) | Arson; 18 U.S.C. §247(c) - |
| ) | Damaging Religious Property; |
| DONNY EUGENE MOWER, ) | 18 U.S.C. §248(a)(3) - |
| ) | Damaging a Reproductive Health |
| Defendant. ) | Facility |
| ) | |

I N F O R M A T I O N

COUNT ONE:      [18 U.S.C. §844(i) - Arson]

The United States charges T H A T

DONNY EUGENE MOWER

defendant herein, on or about September 2, 2010, in the County of

1

1  Madera, within the State and Eastern District of California, did
2  maliciously damage or destroy, or attempt to damage or destroy, by
3  means of fire or an explosive, any building used in or affecting
4  interstate commerce or in any activity affecting interstate
5  commerce, namely, the Madera Planned Parenthood clinic, in
6  violation of Title 18, United States Code, Section 844(i).

8  COUNT TWO:      [18 U.S.C. §247(c) - Damaging Religious Property]
9       The United States further charges T H A T
10                      DONNY EUGENE MOWER
11 defendant herein, on or about August 20, 2010, in the County of
12 Madera, within the State and Eastern District of California, did
13 knowingly and intentionally deface and damage, or attempt to
14 deface and damage, religious real property, to wit: Masjid Madera,
15 a mosque in Madera, California, because of the race, color, and
16 ethnic characteristics of its members, in violation of Title 18,
17 United States Code, Section 247(c).

19 COUNT THREE:    [18 U.S.C. §248(a)(3) - Damaging a Reproductive
                   Health Facility]
21      The United States further charges T H A T
22                      DONNY EUGENE MOWER
23 defendant herein, on or about September 2, 2010, in the County of
24 Madera, within the State and Eastern District of California, did
25 intentionally damage or destroy, or attempt to damage or destroy,
26 the property of a facility, namely, the Madera Planned Parenthood
27 clinic, because such facility provides reproductive health
28 services, in violation of Title 18, United States Code, Section

1  248(a)(3).

2  Benjamin B. Wagner                          Thomas E. Perez
   United States Attorney                     Assistant Attorney General
3  Eastern District of California             Civil Rights Division

4  By: /s/ Elana Landau                       By: /s/ Chiraag Bains
   Elana S. Landau                            Chiraag Bains
5  Assistant United States Attorney           Trial Attorney
   Eastern District of California             Criminal Section
6                                             Civil Rights Division

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28